■ In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the East New York Community Development Plan in the Borough of Brooklyn. EMANUEL MANDEL, Respondent.— In a condemnation proceeding, the appeal is from an order of the Supreme Court, Kings County, dated May 1, 1972, which granted a motion by a claimant to the extent of modifying the second separate and partial final decree so as to increase the rate of interest on the award to 6% and directed additional warrants to be drawn. Order reversed, with $20 costs and disbursements, and motion denied. At issue on this appeal is whether the reservation by claimants in a first separate and partial final decree of the right to seek interest of 6% instead of 4% inures to the benefit of a claimant whose condemnation award was provided for in a second separate and partial final decree that did not contain the reservation and from which that claimant did not appeal. The second decree is a separate judgment, which contained no right to seek

higher interest. The decree "became final and the trial court had no jurisdiction to alter its decree in any matter of substance" (*Matter of City of New York* [*Washington St. Urban Renewal Project*], 33 N Y 2d 970, 972). Cohalan, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.